IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:

**EMERALD GRANDE, LLC,**                                              Case No. 1:17-bk-0021

                **Debtor.**                                                                   Chapter 11

**SHREE RAM HOSPITALITY, LLC,** a
West Virginia limited liability company,

        **Plaintiff,**

v.

                                                                  Adv. Case No.: 1:21-ap-00004

**EMERALD GRANDE, LLC,** a Georgia
limited liability company,
**Defendant.**

## REPORT OF MEDIATOR

A mediation was held in the above-styled case on June 24, 2021, in Martinsburg, West Virginia. The parties and their counsel attended and participated in good faith. As a result of this conference:

1. _____ This case was settled.

2. _____ Additional mediation will take place in this case during the next two (2) weeks, after which this form will be updated and resubmitted.

3. \_\_\_\_X\_\_\_\_ This case was not settled and it is my opinion that:

    (a) _____ The next step should be a status conference conducted by the Court.

    (b) _____ The next step should be a settlement conference conducted by the Court.

    (c) \_\_\_\_X\_\_\_\_ This case should proceed in normal course.

1

4._____   Counsel for the parties and the parties have authorized the mediator to supplement this mediation report by stating the following:

_____

_____

DATE: 6-28-2021

*/s/ Robert W. Trumble*

_____
Robert W. Trumble
Mediator

2